Case 4:26-cv-00012   Document 12   Filed 01/08/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 09, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **DEISY ARELY SALES,** | § | |
| Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:26-cv-12 |
| **RANDY TATE, ET AL.,** | § § § | |
| Respondents. | § | |

## ORDER

On January 8, 2026, a hearing was held on Petitioner Deisy Arely Sales's ("Petitioner") Petition for Writ of Habeas Corpus (ECF No.1) and Temporary Restraining Order and Request for Injunctive Relief (ECF No. 2). At the hearing, Petitioner's counsel advised that Petitioner is currently in immigration custody, in immigration removal proceedings, has her first immigration court hearing on January 21, 2026, and plans to seek relief from removal by filing an EOIR-42B cancellation of removal for nonpermanent residents application pursuant to section 240A(b) of the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1229(b). Petitioner is currently contesting her mandatory detention under 8 U.S.C. § 1225(b)(2)(A), INA 235(b)(2)(A), claiming she is entitled to a bond hearing under 8 U.S.C. § 1226. (ECF 1 at 5). After hearing from the parties, and upon agreement of the parties, the Court

issues the following expedited scheduling order to address this case on the merits:

1.  Respondent shall file a response to the Petition (ECF No. 1) and motion for summary judgment by January 14, 2026.

2.  Petitioner shall file a response by January 21, 2026.

3.  Respondent may file a reply by January 23, 2026.

   **IT IS SO ORDERED**.

   **SIGNED** in Houston, Texas on January 8, 2026.

_____
   Richard W. Bennett
   United States Magistrate Judge