Case 4:26-cv-00012　Document 16　Filed 01/26/26 in TXSD　Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 26, 2026
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>RICHARD W. BENNETT, PRESIDING</u>
DATE: <u>January 26, 2026</u>
COURT REPORTER: ____
MORNING: _____   AFTERNOON: _____
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
CIVIL NO: 4:26cv12

Deisy Arely Sales,

Plaintiff

Randall Tate, et al

Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>MINUTE ENTRY ORDER:</u>

<u>The Parties are ORDERED to submit supplemental briefing on the following: Prior to her case being dismissed without prejudice in 2023, per the 2015 Form I-213, Petitioner was being held pending removal proceedings as a Expedited Removal per section 235(b)(1)(A)(iii). Under *Matter of Q. Li*, 29 I&N Dec. 66 (BIA 2025), what, if any, effect does that initial detention status (Expedited Removal Under 235(b)(1)(A)(iii)), prior to her receiving a bond, have on her current re-detention status? Were subsequent immigration proceedings in 2025 held as to her credible fear determination from 2015, and, if so, what was the result? Does her re-detention status revert to her initial detention status under the expedited removal statute? The Parties are ORDERED to file supplemental briefs, not to exceed 7 pages each, addressing the Court's questions no later than 5 pm. Friday, January 30,</u>

2026.  IT IS SO ORDERED.

_____
Richard W. Bennett
United States Magistrate Judge